**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BRANDON MICHAEL JACOBS,<br>Plaintiff,<br>v.<br>FLORENCE Y. PAN,<br>Defendant. | Civil Action No. 20-1605 (UNA) |

**ORDER**

On June 25, 2020, Chief Judge Howell issued an Order (ECF No. 4) denying plaintiff's Motion to Place Case Under Seal (ECF No. 3). The Order further directed the Clerk of Court not to file the complaint until plaintiff submits notice that the motion to seal is withdrawn and the plaintiff seeks to proceed with filing the complaint on the public docket. To date, plaintiff has not submitted such notice.

Accordingly, it is hereby

ORDERED that plaintiff's application to proceed in forma pauperis [2] is DENIED WITHOUT PREJUDICE; and it is

FURTHER ORDERED that the Clerk of Court TERMINATE this case.

SO ORDERED.

DATE: November 10, 2021 /s/

COLLEEN KOLLAR-KOTELLY
United States District Judge